IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR330 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| SEAN JACOB BRITTENHAM, | ) ) | |
| Defendant. | ) | |

The government has filed a motion for hearing pursuant to Federal Rule of Criminal Procedure 35(b). Filing No. 27

IT IS ORDERED that:

1. Counsel for the government shall notify the court when the motion pursuant to Rule 35(b) is ripe for decision. The motion shall not be decided until counsel for the government certifies that the motion is ripe.

2. Counsel for the defendant is reappointed to represent the defendant for purposes of the Rule 35(b) motion.

DATED this 13th day of February, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge